IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD C. JESSE, JR. and SHIRLEY
A. JESSE, on behalf of NAGEL
LUMBER COMPANY, INC. GROUP
MEDICAL, PRESCRIPTION DRUG,
DENTAL AND SHORT TERM
DISABILITY BENEFITS PLAN,

    Plaintiffs,

v.

NAGEL LUMBER COMPANY, INC.
and CATHY A. NORDINE,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 08-cv-400-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the judgment entered on April 28, 2010, is amended to include the award of attorney fees and costs to plaintiffs Ronald C. Jesse, Jr. and Shirly A. Jesse, on behalf of Nagel Lumber Company, Inc. Group Medical, Prescription Drug, Dental and Short Term Disability Benefits Plan against defendants Nagel Lumber Company, Inc., and Cathy A. Nordine in the total amount of $68,032.94.

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff plan participants are awarded $61,279.90 in prejudgment interest on their claims and plaintiffs Ronald and Shirley Jesse are awarded a total of $7,342.23 in prejudgment

interest (the February 2009 award of $6,203.95 plus an additional $1,138.28 for interest accrued since February 2009).

_____          _____
Peter Oppeneer, Clerk of Court                    Date

(signed) Peter Oppeneer    6/10/10